# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

Melody Sue Moss                                      )
                                                     )
                                                     )
          Plaintiff(s),                              )
                                                     )
     vs.                                             )          Case No. 4:17-cv-02166 UNA
                                                     )
                                                     )
JPMorgan Chase Bank, N.A.                            )
                                                     )
          Defendant(s).                              )

## <u>ORDER</u>

The above styled and numbered case was filed on July 28, 2017 and assigned to the

Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The

case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern

Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate

Judge, under cause number 1:17-cv-00122.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-02166 UNA be

administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: <u>July 31, 2017</u>                          By: <u>Jason W. Dockery</u>
                                                     Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:17-cv-00122 ACL.**